EDMUND G. BROWN JR.
Attorney General of the State of California
BRIAN HEMBACHER, State Bar No. 90428
PETER SOUTHWORTH, State Bar No. 160522
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 445-1685
  Fax:  (916) 327-2319
  Email:  Peter.Southworth@doj.ca.gov

Attorneys for Plaintiffs California Resources Agency,
Department of Forestry and Fire Protection, and
People of the State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA RESOURCES AGENCY, CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, PEOPLE OF THE STATE OF CALIFORNIA, ex rel. CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN JR.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE; ED SCHAFER, Secretary of Agriculture; UNITED STATES FOREST SERVICE; and GAIL KIMBALL, Chief of the United States Forest Service, and RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service,**<br><br>Defendants. | Nos. C-06-06523 WHA<br>and C-08-01185 MHP<br><br>**ADMINISTRATIVE MOTION REGARDING RELATION OF CASES; SOUTHWORTH DECLARATION**<br><br>Time:     None Set<br><br>Judge:    Hon. William H. Alsup |

Pursuant to Local Rules 3-12 and 7-11, plaintiffs California Resources Agency, Department of Forestry and Fire Protection, and People of the State of California *ex rel.* Attorney General Edmund G. Brown Jr. file this administrative motion to determine whether a recently-filed action ("*Resources Agency v. USDA* (No. C-08-01185 MHP)") is related to an action that is or was pending in this district ("*Center for Biological Diversity v. Bosworth* (No. C-06-06523 WHA)"). The two actions challenge the same administrative actions of the United

Admin. Motion Re: Related Cases

1

1 States Forest Service, yet arose in different procedural contexts. For the following reasons,
2 plaintiffs in *Resources Agency v. USDA* (No. C-08-01185 MHP) respectfully submit that their
3 action should be heard by the Honorable William H. Alsup, who has already heard and
4 determined the merits of *Center for Biological Diversity v. Bosworth* (No. C-06-06523 WHA).)
5     Both cases involve the United States Forest Service's simultaneous adoption of forest
6 management plans in April, 2006, for the Angeles, Cleveland, Los Padres, and San Bernardino
7 national forests. The Forest Service approved the four management plans after a five-year,
8 combined process for reviewing and adopting the plans and analyzing their effects in a single
9 environmental impact statement. The management plans are intended to guide the management
10 and uses of the four national forests for at least the next ten years.
11     Plaintiffs in *Resources Agency v. USDA* (No. C-08-01185 MHP) recently filed that
12 action after Forest Service denied their administrative appeals of the four plans in 2007. They
13 allege that the Forest Service defendants violated the National Forest Management Act
14 ("NFMA") and National Environmental Policy Act ("NEPA") when they adopted the four plans.
15 That action is currently being served on the federal defendants.
16     In *Center for Biological Diversity v. Bosworth* (No. C-06-06523 WHA), various
17 environmental organizations had earlier sought to compel the Forest Service to withdraw the
18 procedural dismissal of their administrative appeals of the four plans in 2006 and determine the
19 appeals on their merits. On October 23, 2007, the court ordered the Forest Service to do so.
20 Based on a review of the environmental organizations' complaint, those appeals are also based
21 on NFMA and NEPA and raise issues related to those alleged in *Resources Agency v. USDA*
22 (No. C-08-01185 MHP), such as the plans and environmental impact statement's treatment of
23 roadless areas, potential wilderness areas, and off-road vehicle impacts.
24     Plaintiffs in *Resources Agency v. USDA* (No. C-08-01185 MHP) respectfully submit
25 that their case is related under the standards of Local Rule 3-12(a) to *Center for Biological*
26 *Diversity v. Bosworth* (No. C-06-06523 WHA), despite the fact that the latter action did not
27 reach the merits of the environmental organizations' arguments. The latter action will result in a
28 decision on the merits of the environmental organizations' arguments by the Forest Service,

Admin. Motion Re: Related Cases

presumably in the near future. The Forest Service could likely disagree with the environmental organizations' arguments on the merits, as it has already rejected related NFMA and NEPA challenges to the four plans already advanced by the State of California in the administrative appeals leading to *Resources Agency v. USDA* (No. C-08-01185 MHP). If that happens and the environmental organizations seek judicial review, that follow-up to *Center for Biological Diversity v. Bosworth* (No. C-06-06523 WHA) should be heard by the same judge as *Resources Agency v. USDA* (No. C-08-01185 MHP), since both actions would challenge the merits of the adoption of same four forest management plans.

Plaintiffs in *Resources Agency v. USDA* (No. C-08-01185 MHP) have consulted with counsel for all parties in *Center for Biological Diversity v. Bosworth* (No. C-06-06523 WHA). The federal defendants would not stipulate to relation of the two cases, while the plaintiff environmental organizations do not oppose this motion, and agree that the cases may be related.

Accordingly, plaintiffs in *Resources Agency v. USDA* (No. C-08-01185 MHP) respectfully request that their action be reassigned to the Honorable William H. Alsup.

Dated: March 4, 2008

>                                          Respectfully submitted,
>
>                                          EDMUND G. BROWN JR.
>                                          Attorney General of the State of California
>
>                                          /s
>                                          PETER SOUTHWORTH
>                                          /s
>                                          BRIAN HEMBACHER
>                                          Deputy Attorneys General
>                                          Attorneys for the California
>                                          Resources Agency, Department of Forestry
>                                          and Fire Protection, and People of the State
>                                          of California

Admin. Motion Re: Related Cases

Case 3:08-cv-01185-MHP    Document 3    Filed 03/04/2008    Page 4 of 4

**SOUTHWORTH DECLARATION**

1. I am a Deputy Attorney General in the California Attorney General's Office and counsel of record for certain plaintiffs in this action. I am admitted to practice in the Northern District of California.

2. On March 3, I telephoned Beverly Li, counsel of record for the federal defendants in *Center for Biological Diversity v. Bosworth* (No. C-06-06523 WHA) and inquired if her clients would stipulate to relation of *Resources Agency v. USDA* (No. C-08-01185 MHP) to that first matter. I also emailed her a copy of the complaint in the latter action. Ms. Li subsequently informed me that her clients would not agree to that suggestion.

3. I also contacted Justine Augustine and Mark Fink, counsel for plaintiffs in *Center for Biological Diversity v. Bosworth* (No. C-06-06523 WHA), who indicated that plaintiffs do not oppose the motion, and agree that the cases may be related.

4. I am filing and serving this motion by efiling in *Center for Biological Diversity v. Bosworth* (No. C-06-06523 WHA) and this motion is also being efiled and served along with the complaint, summons, and other initial papers in *Resources Agency v. USDA* (No. C-08-01185 MHP) by staff of the Attorney General's office.

I declare that the foregoing is correct under penalty of perjury under the laws of the United States of America.

Dated: March 4, 2008            /s_____
                                Peter Southworth

30406659.wpd
LA2007900258

Admin. Motion Re: Related Cases

4