1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  BRIAN HEMBACHER, State Bar No. 90428
   PETER SOUTHWORTH, State Bar No. 160522
3  Deputy Attorneys General
     1300 I Street, Suite 125
4    P.O. Box 944255
     Sacramento, CA 94244-2550
5    Telephone: (916) 445-1685
     Fax: (916) 327-2319
6    Email: Peter.Southworth@doj.ca.gov

7  Attorneys for Plaintiffs California Resources Agency,
   Department of Forestry and Fire Protection, and
8  People of the State of California

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA RESOURCES AGENCY, CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, PEOPLE OF THE STATE OF CALIFORNIA, ex rel. CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN JR.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE; ED SCHAFER, Secretary of Agriculture; UNITED STATES FOREST SERVICE; and GAIL KIMBALL, Chief of the United States Forest Service, and RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service,**<br><br>Defendants. | Nos. C-06-06523 WHA, C-08-01185 MHP, C-08-1287 MHP<br><br>**WITHDRAWAL OF ADMINISTRATIVE MOTION REGARDING RELATION OF CASES**<br><br>Time:     None Set<br><br>Judge:    Hon. William H. Alsup |

   Plaintiffs California Resources Agency, Department of Forestry and Fire Protection, and People of the State of California *ex rel.* Attorney General Edmund G. Brown Jr. hereby withdraw their administrative motion filed on March 4, 2008, regarding relation of cases. That motion sought to determine whether a recently-filed action ("*Resources Agency v. USDA* (No. C-08-01185 MHP)") was related to *Center for Biological Diversity v. Bosworth* (No. C-06-06523 WHA)"). Since the filing of that motion, various environmental organizations have filed a third

Withdrawal of Admin. Motion Re: Related Cases

1

action, *Center for Biological Diversity, et al. v. U.S. Fish and Wildlife Service, et al.* (No. C-08-1278-MHP.) That action appears to address the biological opinions issued in connection with the same four national forest management plans challenged in *Resources Agency v. USDA* (No. C-08-01185 MHP). Thus, there are now two actions addressing the substance of those plans pending before the Honorable Marilyn Hall Patel and any future related actions could be assigned to that same judge. The *Resources Agency* plaintiffs now believe that the current assignment of those two more recent related cases outweighs any argument that their action is related to *Center for Biological Diversity v. Bosworth* (No. C-06-06523 WHA), which did not directly address the substance of the forest plans at issue in all three matters.

Plaintiffs California Resources Agency, Department of Forestry and Fire Protection, and People of the State of California *ex rel.* Attorney General Edmund G. Brown Jr. therefore withdraw their motion regarding the relation of *Resources Agency v. USDA* (No. C-08-01185 MHP) to *Center for Biological Diversity v. Bosworth* (No. C-06-06523 WHA).

Dated:  March 7, 2008

    Respectfully submitted,

    EDMUND G. BROWN JR.
    Attorney General of the State of California

    /s
    PETER SOUTHWORTH
    /s
    BRIAN HEMBACHER
    Deputy Attorneys General
    Attorneys for the California
    Resources Agency, Department of Forestry
    and Fire Protection, and People of the State
    of California

Withdrawal of Admin. Motion Re: Related  Cases