1  EDMUND G. BROWN JR., Attorney General
     of the State of California
2  KEN ALEX
   J. MATTHEW RODRIGUEZ
3    Senior Assistant Attorneys General
   BRIAN HEMBACHER, State Bar No. 90428
4  PETER SOUTHWORTH, State Bar No. 160522
     Deputy Attorneys General
5  300 South Spring Street, Suite 1702
   Los Angeles, California 90013
6  Telephone: (213) 897-2638
   Facsimile:  (213) 897-2802
7
   Attorneys for Plaintiffs California Resources Agency,
8  California Department of Forestry and Fire Protection,
   and People of the State of California, *ex rel.*
9  California Attorney General Edmund G. Brown Jr.

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | **CALIFORNIA RESOURCES AGENCY,** | Nos. C08-01185 MHP
   | **CALIFORNIA DEPARTMENT OF FORESTRY** |
14 | **AND FIRE PROTECTION, PEOPLE OF THE** |
   | **STATE OF CALIFORNIA, ex rel. CALIFORNIA** |
15 | **ATTORNEY GENERAL EDMUND G. BROWN** | **PROOF OF SERVICE ON ALL**
   | **JR.,** | **DEFENDANTS OF SUMMONS**
16 | | **AND COMPLAINT AND OTHER**
   | Plaintiffs, | **CASE INITIATION**
17 | | **DOCUMENTS**
   | v.
18 |
   | **UNITED STATES DEPARTMENT OF** | Time:    None Set
19 | **AGRICULTURE; ED SCHAFER, Secretary of** |
   | **Agriculture; UNITED STATES FOREST** | Judge:   Hon. Marilyn H. Patel
20 | **SERVICE; and GAIL KIMBALL, Chief of the** |
   | **United States Forest Service, and RANDY MOORE,** |
21 | **Regional Forester, Pacific Southwest Region, United** |
   | **States Forest Service,** |
22 |
   | Defendants.
23

24     Plaintiffs respectfully file the attached Proofs of Service by certified mail on all Defendants of

25 the Civil Cover Sheet, Summons in a Civil Case, Complaint for Declaratory and Injunctive Relief,

26 ECF Registration Information Handout, Order Setting Initial Case Management Conference and

27 Alternative Dispute Resolution (ADR) Deadlines, Administrative Motion Regarding Relation of

28 / / /

Proof of Service of Summons and Complaint, Etc.                                Case No.  C08-01185 MHP
                                              1

Cases, and Southworth Declaration. A true and correct copy of the Proofs of Service by certified mail are attached hereto as Exhibit A.

Date:     April 10, 2008

                                            Respectfully submitted,

                                            EDMUND G. BROWN JR.
                                            Attorney General of the State of California

                                            PETER SOUTHWORTH
                                            Deputy Attorney General

                                            _____/s/_____
                                            BRIAN W. HEMBACHER
                                            Deputy Attorney General

                                            Attorneys for Plaintiffs California Resources Agency, California Department of Forestry and Fire Protection, and People of the State of California, *ex rel.* California Attorney General Edmund G. Brown Jr.

---

Proof of Service of Summons and Complaint, Etc.                                      Case No. C08-01185 MHP

2

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ADR

CALIFORNIA RESOURCES AGENCY, et al.

(Please see addendum for additional Plaintiffs)

V.

UNITED STATES DEPARTMENT OF
AGRICULTURE, et al.
(Please see addendum for additional Defendants)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C08-01185 MHP

TO: (Name and address of defendant)

THE ABOVE NAMED DEFENDANTS:

UNITED STATES DEPARTMENT OF AGRICULTURE
1400 Independence Avenue, S.W.
South Building, Room 2319
Washington, DC  20250-1500

(Please see addendum for additional Defendants)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian Hembacher, Deputy Attorney General
CALIFORNIA OFFICE OF THE ATTORNEY GENERAL
300 South Spring Street, Suite 1702
Los Angeles, CA  90013

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB 2 8 2008

Richard W. Wieking
CLERK


(BY) DEPUTY CLERK

DATE

# ADDENDUM
## for Summons in a Civil Case

Case Number:_____

**Additional Plaintiffs**

CALIFORNIA DEPARTMENT OF
FORESTRY AND FIRE PROTECTION,
PEOPLE OF THE STATE OF
CALIFORNIA, *ex rel.* CALIFORNIA
ATTORNEY GENERAL EDMUND G.
BROWN JR.,

**Additional Defendants**

ED SCHAFER, Secretary of Agriculture;
UNITED STATES FOREST SERVICE;
and GAIL KIMBALL, Chief of the United
States Forest Service, and RANDY
MOORE, Regional Forester, Pacific
Southwest Region, United States Forest
Service,

   **TO: The additional Defendants:**

   Ed Schafer, in his official capacity as Secretary of Agriculture
   UNITED STATES DEPARTMENT OF AGRICULTURE
   1400 Independence Avenue, S.W.
   South Building, Room 2319
   Washington, DC  20250-1500

   UNITED STATES FOREST SERVICE
   1400 Independence Avenue, S.W.
   South Building, Room 2319
   Washington, DC  20250-1500

   Gail Kimball, in her official capacity as Chief
   UNITED STATES FOREST SERVICE
   1400 Independence Avenue, SW
   South Building, Room 2319
   Washington, DC  20250-1500

   Randy Moore, in his official capacity as Regional Forester
   UNITED STATES FOREST SERVICE
   Pacific Southwest Region
   1323 Club Drive
   Vallejo, CA 94592

# EXHIBIT - A

```
 1  EDMUND G. BROWN JR., Attorney General
       of the State of California
 2  THEODORA BERGER
    J. MATTHEW RODRIGUEZ
 3     Senior Assistant Attorneys General
    BRIAN HEMBACHER, State Bar No. 90428
 4  PETER SOUTHWORTH, State Bar No. 160522
       Deputy Attorneys General
 5  300 South Spring Street, Suite 1702
    Los Angeles, California 90013
 6  Telephone: (213) 897-2638
    Facsimile: (213) 897-2802
 7
    Attorneys for Plaintiffs California Resources Agency,
 8  California Department of Forestry and Fire Protection,
    and People of the State of California, ex rel.
 9  California Attorney General Edmund G. Brown Jr.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, PEOPLE OF THE STATE OF CALIFORNIA, ex rel. CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN JR., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; ED SCHAFER, Secretary of Agriculture; UNITED STATES FOREST SERVICE; and GAIL KIMBALL, Chief of the United States Forest Service, and RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service, <br><br> Defendants. | Nos. C08-01185 MHP <br> and   C06-06523 WHA <br><br> PROOF OF SERVICE BY CERTIFIED MAIL OF: <br><br> 1) CIVIL COVER SHEET; <br> 2) SUMMONS IN A CIVIL CASE; <br> 3) COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; <br> 4) ECF REGISTRATION INFORMATION HANDOUT; <br> 5) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; AND <br> 6) ADMINISTRATIVE MOTION REGARDING RELATION OF CASES; SOUTHWORTH DECLARATION <br><br> Time:    None Set <br><br> Judge:   Hon. Marilyn H. Patel |

Proof of Service by Certified Mail

1

Case No. C08-01185 MHP

**DECLARATION OF SERVICE BY CERTIFIED MAIL**

Case Name:   CALIFORNIA RESOURCES AGENCY, et al v. US DEPT. OF AGRICULTURE, et al.

No.:   C08-01185 MHP

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On *March 4, 2008*, I served the attached 1) **CIVIL COVER SHEET; 2) SUMMONS IN A CIVIL CASE; 3) COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; 4) ECF REGISTRATION INFORMATION HANDOUT; 5) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; AND 6) ADMINISTRATIVE MOTION REGARDING RELATION OF CASES; SOUTHWORTH DECLARATION** by placing a true copy thereof enclosed in a sealed envelope as certified mail with postage thereon fully prepaid and return receipt requested, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

Ed Schafer, Secretary of Agriculture
United States Department of Agriculture
1400 Independence Avenue, S.W.
South Building, Room 2319
Washington, DC 20250-1500
**Article No: 7001 0360 0003 6706 6838**

Michael B. Mukasey, Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
**Article No: 7001 0360 0003 6706 6791**

Gail Kimball, Chief
United States Department of Agriculture
1400 Independence Avenue, SW
South Building, Room 2319
Washington, DC 20250-1500
**Article No: 7001 0360 0003 6706 6807**

Joseph P. Russoniello, Civil Process Clerk
UNITED STATES ATTORNEY'S OFFICE
Attention: Civil Process Clerk
11th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
**Article No: 7001 0360 0003 6706 5916**

Randy Moore, Regional Forester
USDA FOREST SERVICE
Pacific Southwest Region
1323 Club Drive
Vallejo, CA 94592
**Article No: 7001 0360 0003 6706 6777**

I declare under penalty of perjury under the law of the State of California the foregoing is true and correct and that this declaration was executed on *March 4, 2008*, at Los Angeles, California.

TINA M. HOUSTON
_____
Declarant                              Signature

Proof of Service by Certified Mail                              Case No. C08-01185 MHP

2

```
 1  EDMUND G. BROWN JR., Attorney General
       of the State of California
 2  THEODORA BERGER
    J. MATTHEW RODRIGUEZ
 3     Senior Assistant Attorneys General
    BRIAN HEMBACHER, State Bar No. 90428
 4  PETER SOUTHWORTH, State Bar No.  160522
       Deputy Attorneys General
 5  300 South Spring Street, Suite 1702
    Los Angeles, California 90013
 6  Telephone: (213) 897-2638
    Facsimile:  (213) 897-2802
 7
    Attorneys for Plaintiffs California Resources Agency,
 8  California Department of Forestry and Fire Protection,
    and People of the  State of California, ex rel.
 9  California Attorney General Edmund G. Brown Jr.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, PEOPLE OF THE STATE OF CALIFORNIA, ex rel. CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN JR.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; ED SCHAFER, Secretary of Agriculture; UNITED STATES FOREST SERVICE; and GAIL KIMBALL, Chief of the United States Forest Service, and RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service,<br><br>Defendants. | Nos. C08-01185 MHP<br>and   C06-06523 WHA<br><br>PROOF OF SERVICE BY CERTIFIED MAIL OF:<br><br>1) CIVIL COVER SHEET;<br>2) SUMMONS IN A CIVIL CASE;<br>3) COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF;<br>4) ECF REGISTRATION INFORMATION HANDOUT;<br>5) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; AND<br>6) ADMINISTRATIVE MOTION REGARDING RELATION OF CASES; SOUTHWORTH DECLARATION<br><br>Time:     None Set<br><br>Judge:    Hon. Marilyn H. Patel |

Proof of Service by Certified Mail

Case No.  C08-01185 MHP

1

## DECLARATION OF SERVICE BY CERTIFIED MAIL

Case Name: **CALIFORNIA RESOURCES AGENCY, et al v. US DEPT. OF AGRICULTURE, et al.**

No.: **C08-01185 MHP**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On *March 5, 2008*, I served the attached **1) CIVIL COVER SHEET; 2) SUMMONS IN A CIVIL CASE; 3) COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; 4) ECF REGISTRATION INFORMATION HANDOUT; 5) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; AND 6) ADMINISTRATIVE MOTION REGARDING RELATION OF CASES; SOUTHWORTH DECLARATION** by placing a true copy thereof enclosed in a sealed envelope as certified mail with postage thereon fully prepaid and return receipt requested, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

Edmund G. Brown Jr., Attorney General
Office of the Attorney General
California Department of Justice
1300 I Street
Sacramento, CA 95814
**Article No: 7001 0360 0003 6745 7971**

United States Department of Agriculture
1400 Independence Avenue, S.W.
South Building, Room 2319
Washington, DC 20250-1500
**Article No: 7001 0360 0003 6745 7988**

USDA FOREST SERVICE
Pacific Southwest Region
1323 Club Drive
Vallejo, CA 94592
**Article No: 7001 0360 0003 6745 7995**

I declare under penalty of perjury under the law of the State of California the foregoing is true and correct and that this declaration was executed on *March 5, 2008*, at Los Angeles, California.

TINA M. HOUSTON
_____
Declarant

_____
Signature

## DECLARATION OF SERVICE BY MAIL

Case Name:  **CALIFORNIA RESOURCES AGENCY, et al v. US DEPT. OF AGRICULTURE, et al.**

No.:  **C08-01185 MHP**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On *April 10, 2008*, I served the attached **PROOF OF SERVICE ON ALL DEFENDANTS OF SUMMONS AND COMPLAINT AND OTHER CASE INITIATION DOCUMENTS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

Clay Samford
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294

*Attorney for the United States; All Defendants*

I declare under penalty of perjury under the law of the State of California the foregoing is true and correct and that this declaration was executed on *April 10, 2008*, at Los Angeles, California.

TINA M. HOUSTON
Declarant

Signature

Proof of Service of Summons and Complaint, Etc.                                  Case No. C08-01185 MHP

3