| | |
|---|---|
| 1 | RONALD J. TENPAS<br>Assistant Attorney General |
| 2 | BARCLAY T. SAMFORD (NMBN 12323)<br>Trial Attorney |
| 3 | U.S. Department of Justice<br>Environment & Natural Resources Div. |
| 4 | 1961 Stout St., 8th Floor<br>Denver, CO 80294 |
| 5 | Telephone: (303) 844-1475<br>Facsimile: (303) 844-1350 |
| 6 | |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, PEOPLE OF THE SATE OF CALIFORNIA, ex rel. CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN JR.,<br><br>            Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; ED SCHAFER, Secretary of Agriculture; UNITED STATES FOREST SERVICE; and GAIL KIMBALL, Chief of the United States Forest Service, and RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service,<br><br>            Defendants. | Case No. 08-cv-01185-MHP<br><br>**NOTICE OF APPEARANCE** |

08-CV-1185 NOTICE OF APPEARANCE

1  Defendants hereby give notice of the appearance of Barclay Samford on behalf of the
2 defendant United States, United States Department of Agriculture; Ed Schafer, Secretary of
3 Agriculture; United States Forest Service; and Gail Kimball, Chief of the United States Forest
4 Service; and Randy Moore, Regional Forester, Pacific Southwest Region, United States Forest
5 Service, in the above-captioned matter.  Service of all papers should be made to the address
6 below:

7  BARCLAY SAMFORD
U.S. Department of Justice
8  Environment & Natural Resources Division
Natural Resources Section
9  1961 Stout Street, 8th Floor
Denver, CO 80294
10  Phone: (303) 844-1475
Fax: (303) 844-1350
11  Email: clay.samford@usdoj.gov

12
 Respectfully Submitted this 15th day of April, 2008.
13
 Respectfully submitted,
14  RONALD J. TENPAS
Assistant Attorney General
15

16   /s/ Barclay Samford
BARCLAY SAMFORD
17  Trial Attorney
U.S. Department of Justice
18  Environment & Natural Resources Division
1961 Stout Street, 8th Floor
19  Denver, CO 80294

20

21

22

23

24

25

26

27

28