RONALD J. TENPAS
Assistant Attorney General
BARCLAY T. SAMFORD (NMBN 12323)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
1961 Stout St., 8th Floor
Denver, CO 80294
Telephone: (303) 844-1475
Facsimile: (303) 844-1350

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, PEOPLE OF THE SATE OF CALIFORNIA, ex rel. CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN JR., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; ED SCHAFER, Secretary of Agriculture; UNITED STATES FOREST SERVICE; and GAIL KIMBALL, Chief of the United States Forest Service, and RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service, <br><br> Defendants. | Case No. 08-cv-01185-MHP <br><br><br> STIPULATION TO EXTEND TIME TO ANSWER |

Plaintiffs and Defendants, by their undersigned attorneys, have conferred and pursuant to Local Rule 6-1(a) hereby stipulate as follows:

1. Defendants' answer in the above captioned matter is due May 5, 2008.

3. The parties agree to extend the time within which Defendants are to answer or otherwise respond to the complaint until May 19, 2008.

Respectfully submitted this 30th day of April, 2008,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ Barclay Samford
BARCLAY SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294

On behalf of Defendants


EDMOND G. BROWN JR.
Attorney General
THEODORA BERGER
Assistant Attorney General

/s/ Brian Hembacher
BRIAN HEMBACHER
Deputy Attorney General

Attorneys for PEOPLE OF THE STATE OF CALIFORNIA, ex rel. EDMOND G. BROWN JR., ATTORNEY GENERAL

J. MATTHEW RODRIQUEZ
Senior Assistant Attorney General

/s/ Peter Southworth
PETER SOUTHWORTH
Attorneys for CALIFORNIA RESOURCES AGENCY
and DEPARTMENT OF FORESTRY AND
FIRE PREVENTION