1 | RONALD J. TENPAS
Assistant Attorney General
2 | BARCLAY T. SAMFORD (NMBN 12323)
Trial Attorney
3 | U.S. Department of Justice
Environment & Natural Resources Div.
4 | 1961 Stout St., 8th Floor
Denver, CO 80294
5 | Telephone: (303) 844-1475
Facsimile: (303) 844-1350
6 | Email: clay.samford@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, PEOPLE OF THE SATE OF CALIFORNIA, ex rel. CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN JR., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; ED SCHAFER, Secretary of Agriculture; UNITED STATES FOREST SERVICE; and GAIL KIMBALL, Chief of the United States Forest Service, and RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service, <br><br> Defendants. | Case No. 08-cv-01185-MHP <br><br> **JOINT ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE** |

1  An initial Case Management Conference in the above captioned matter is scheduled for 4:00 PM on June 2, 2008. The undersigned counsel jointly move the Court to allow them to appear telephonically at that conference. In support of the this motion the parties note:

1. This case seeks judicial of review of an agency action based on an administrative record, and as set forth in the parties' Joint Case Management Statement, the parties believe this matter will be resolved on cross motions for summary judgment without need for discovery or trial. The parties thus anticipate the case management conference will be straight-forward and amenable to a telephonic discussion.

3. The undersigned counsel all reside outside of the Northern District and work for State and Federal government. The accommodation of a telephonic appearance will save the public the expense of travel, and enable counsel to meet pre-existing obligations on the day of the hearing.

3. The undersigned counsel shall stand by beginning at the date and time above until called by the Court at the following direct dial numbers:

| | |
|---|---|
| Brian Hembacher | (213) 897-2638 |
| Peter Southworth | (916) 445 1685 |
| Barclay Samford | (303) 844-1475 |

In the alternative, should the Court desire, the undersigned will arrange a single conference line and call the Court at the date and time above.

Respectfully Submitted this 27th day of May, 2008.

RONALD J. TENPAS
Assistant Attorney General

  /s/ Barclay Samford
BARCLAY SAMFORD
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
ATTORNEYS FOR DEFENDANTS


EDMUND G. BROWN JR.,
 Attorney General
THEODORA BERGER

1 | Senior Assistant Attorney General

2 | /s/ Brian Hembacher
BRIAN HEMBACHER
3 | Deputy Attorney General
Attorneys for PEOPLE OF THE STATE OF
4 | CALIFORNIA, ex rel. EDMUND G. BROWN JR.,
ATTORNEY GENERAL

5 |
J. MATTHEW RODRIQUEZ
6 | Senior Assistant Attorney General

7 | /s/ Peter Southworth
PETER SOUTHWORTH
8 | Attorneys for CALIFORNIA RESOURCES
AGENCY and DEPARTMENT OF
9 | FORESTRY AND FIRE PROTECTION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, PEOPLE OF THE SATE OF CALIFORNIA, ex rel. CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN JR.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; ED SCHAFER, Secretary of Agriculture; UNITED STATES FOREST SERVICE; and GAIL KIMBALL, Chief of the United States Forest Service, and RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service,<br><br>Defendants. | Case No. 08-cv-01185-MHP<br><br>**[proposed] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE** |

FOR GOOD CAUSE SHOWN, the parties' joint administrative motion to appear telephonically at the Initial Case Management Conference on June 2, 2008 at 4:00 PM is hereby GRANTED.

Counsel shall stand by at the numbers listed below at the date and time of the conference until called by the Court.

| | |
|---|---|
| Brian Hembacher | (213) 897-2638 |
| Peter Southworth | (916) 445 1685 |
| Barclay Samford | (303) 844-1475 |

IT IS SO ORDERED.

Dated: _____

MARILYN HALL PATEL
Judge
United States District Court
Northern District of California

08-CV-1185 [PROPOSED] ORDER GRANTING JOINT MOTION TO APPEAR TELEPHONICALLY