UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, | No. C 08-01185 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Case Management Conference)** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendant(s). | |

Pursuant to request of counsel, the case management conference in this matter currently set for June 2, 2008, is hereby rescheduled to **June 3, 2008, at 1:00 p.m.**, and shall be held telephonically. Defendants shall initiate conference call.

Richard W. Wieking
Clerk, U.S. District Court

Dated: May 29, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140