**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: June 3, 2008

Case No.   C 08-1185  MHP           Judge: MARILYN H. PATEL

Title: CALIFORNIA RESOURCES AGENCY et al -v- US DEPARTMENT OF AGRICULTURE

Attorneys:  Plf: Brian Hembacher, Peter Southworth
            Dft: Clay Sanford

Deputy Clerk:  Anthony Bowser   Court Reporter: Kelly Bryce

**PROCEEDINGS**

1)   Telephonic Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Administrative record to be filed by 7/15/2008; Re motion to intervene, if oppositions filed, motion to be re-noticed for hearing for 2:00 pm on 7/14/2008; Further briefing schedules as follows:

   Motions to Augment the Record to be filed by 9/8/2008;
   Oppositions to be filed by 9/22/2008;
   Replies to be filed by 9/29/2008;
   Motions, if any, to be heard 10/13/2008 at 2:00 pm;

If no motion to be filed, counsel to meet and confer re further briefing schedules for summary judgments;