UNITED STATES DISTRICT COURT

Northern District of California

CALIFORNIA RESOURCES AGENCY, et al.,

                Plaintiff(s),

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

                Defendant(s).

CASE NO. 08-1185-MHP

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

PAUL A. TURCKE, an active member in good standing of the bar of the State of Idaho whose business address and telephone number (particular court to which applicant is admitted) is

950 West Bannock Street, Suite 520, Boise, Idaho 83702, (208) 331-1800

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Int-Applicants Cal4, et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/3/08

                                            MARILYN PATEL
                                            United States District Judge