1  EDMUND G. BROWN JR., Attorney General
       of the State of California
2  KEN ALEX
   CHRISTINE TIEDEMAN
3     Senior Assistant Attorneys General
   BRIAN HEMBACHER, State Bar No. 90428
4  PETER SOUTHWORTH, State Bar No. 160522
       Deputy Attorneys General
5  300 South Spring Street, Suite 1702
   Los Angeles, California 90013
6  Telephone: (213) 897-2638
   Facsimile:  (213) 897-2802
7
   Attorneys for Plaintiffs California Resources Agency,
8  California Department of Forestry and Fire Protection,
   and People of the  State of California,  *ex rel.*
9  California Attorney General Edmund G. Brown Jr.

10                IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

|  | Nos. C08-01185 MHP |
|---|---|
| 13  **CALIFORNIA RESOURCES AGENCY,** | |
| **CALIFORNIA DEPARTMENT OF FORESTRY** | |
| 14  **AND FIRE PROTECTION, PEOPLE OF THE** | |
| **STATE OF CALIFORNIA, ex rel. CALIFORNIA** | **STIPULATION REGARDING** |
| 15  **ATTORNEY GENERAL EDMUND G. BROWN** | **MOTION TO INTERVENE BY** |
| **JR.,** | **CALIFORNIA ASSOCIATION** |
| 16 | **OF FOUR WHEEL DRIVE** |
|                                        Plaintiffs, | **CLUBS, ET AL.; AND BRIEFING** |
| 17 | |
|                   **v.** | |
| 18 | |
| **UNITED STATES DEPARTMENT OF** | |
| 19  **AGRICULTURE; ED SCHAFER, Secretary of** | |
| **Agriculture; UNITED STATES FOREST** | |
| 20  **SERVICE; and GAIL KIMBALL, Chief of the** | Date:    July 14, 2008 |
| **United States Forest Service, and RANDY MOORE,** | Time:   2:00 PM |
| 21  **Regional Forester, Pacific Southwest Region, United** | Judge:  Hon. Marilyn H. Patel |
| **States Forest Service,** | |
| 22 | |
|                                      Defendants. | |
| 23 | |

24        Plaintiffs CALIFORNIA RESOURCES AGENCY, DEPARTMENT OF FORESTRY AND

25  FIRE PROTECTION, AND PEOPLE OF THE STATE OF CALIFORNIA EX REL. CALIFORNIA

26  ATTORNEY GENERAL EDMUND G. BROWN JR. (Plaintiffs) and Defendant-Intervenors

27  Applicants CALIFORNIA ASSOCIATION OF FOUR WHEEL DRIVE CLUBS, ET AL.

28  (Intervenor-Applicants), by and through their respective counsel of record, stipulate and agree as

Stipulation Regarding Motion to Intervene                                          Case No.  C08-01185 MHP

1   follows:

2       1.    Plaintiffs have no objection to Intervenor-Applicants' participation in this matter as

3   intervenors with full party rights in any court proceedings addressing remedy issues in this action,

4   which shall include any mediation or alternative dispute resolution proceedings;

5       2.    Plaintiffs further have no objection to Intervenor-Applicants' participation as *amici curiae*

6   in any proceedings addressing liability issues in this matter, such as motions for summary judgement.

7   In any such participation, Intervenor-Applicants may submit a memorandum in response to any such

8   motions, which shall be due on or before the time that Defendants briefs are filed with the Court.

9   Counsel for Intervenor-Applicants may also attend, and, in the Court's discretion, be allowed to

10  participate, in any oral argument on any motions addressing summary judgment or other proceedings

11  describe by this paragraph;

12      3.    This stipulation is entered into in order to facilitate the efficient and timely resolution of

13  the Intervenor-Applicants pending intervention motion and to allow any dispute resolution

14  proceedings or proceedings on the merits to continue without any delay potentially caused by

15  resolution of the motion to intervene.  This stipulation shall not be construed as an acknowledgment

16  by any signatory or party as to the propriety of intervention, or its limitation, in this or any matter.

17  The parties specifically acknowledge that Plaintiffs fully reserve the right to take any position

18  regarding further motions to intervene that may be filed in this action or that may be filed by

19  Intervenor-Applicants in any other action.

20  Dated:  June 6, 2008              EDMUND G. BROWN JR.,
                                        Attorney General
21                                    KEN ALEX
                                      CHRISTINE TIEDEMAN
22                                    Senior Assistant Attorneys General
                                       _/s_____
23                                    BRIAN HEMBACHER
                                      Deputy Attorney General
24                                    Attorneys for PEOPLE OF THE STATE OF CALIFORNIA,
                                      ex rel. EDMUND G. BROWN JR., ATTORNEY GENERAL
25

26
                                      __/s_____
27                                    PETER SOUTHWORTH
                                      Attorneys for CALIFORNIA RESOURCES AGENCY and
28                                    DEPARTMENT OF FORESTRY AND FIRE PROTECTION

Stipulation Regarding Motion to Intervene                           Case No.  C08-01185 MHP

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  June 6,2008

MOORE SMITH BUXTON & TURCKE
950 Bannock  Street, Suite 500
Boise, Idaho 83702


_/s_____
PAUL TURKE*
Attorneys for CALIFORNIA ASSOCIATION OF FOUR
WHEEL DRIVE CLUBS, et al.

*Admitted Pro Hac Vice

Stipulation Regarding Motion to Intervene                                    Case No.  C08-01185 MHP

3