1    RONALD J. TENPAS
Assistant Attorney General
2    BARCLAY T. SAMFORD (NMBN 12323)
Trial Attorney
3    U.S. Department of Justice
Environment & Natural Resources Div.
4    1961 Stout St., 8th Floor
Denver, CO 80294
5    Telephone: (303) 844-1475
Facsimile: (303) 844-1350
6

7    Attorneys for Defendants

8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11

12   CALIFORNIA RESOURCES AGENCY,              )    Case No. 08-cv-01185-MHP
     CALIFORNIA DEPARTMENT OF FORESTRY         )
13   AND FIRE PROTECTION, PEOPLE OF THE SATE   )
     OF CALIFORNIA, ex rel. CALIFORNIA         )
14   ATTORNEY GENERAL EDMUND G. BROWN          )    **RESPONSE TO MOTION
     JR.,                                      )    TO INTERVENE**
15                                             )
                        Plaintiffs,            )
16                                             )
     v.                                        )
17                                             )
     UNITED STATES DEPARTMENT OF               )
18   AGRICULTURE; ED SCHAFER, Secretary of     )
     Agriculture; UNITED STATES FOREST SERVICE;)
19   and GAIL KIMBALL, Chief of the United States)
     Forest Service, and RANDY MOORE, Regional )
20   Forester, Pacific Southwest Region, United States)
     Forest Service,                           )
21                                             )
                        Defendants.            )
22                                             )
                                               )
23

24

25

26

27

28

08-CV-1185 RESPONSE TO MOT. TO INTERVENE

1    Pursuant to Local Civil Rule 7-3(b), Federal Defendants hereby give notice that they do

2  not take any position on the motion to intervene in the above captioned action [Docket No. 13]

3  by the California Association of Four Wheel Drive Clubs, American Motorcyclist Association,

4  District 36, California Enduro Riders Association, and Blue Ribbon Coalition.

5    Respectfully Submitted this 6th day of June, 2008.

6                                                    RONALD J. TENPAS
                                                     Assistant Attorney General

7
                                                       /s/ Barclay Samford
8                                                    BARCLAY SAMFORD
                                                     Trial Attorney
9                                                    U.S. Department of Justice
                                                     Environment & Natural Resources Division
10                                                   1961 Stout Street, 8th Floor
                                                     Denver, CO 80294
11
                                                     ATTORNEYS FOR DEFENDANTS
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28