

Clerk's Use Only
Initial for fee pd.:

MOORE SMITH BUXTON & TURCKE, CHTD.
950 West Bannock Street, Suite 520
Boise, ID 83702
(208) 331-1800

FILED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA RESOURCES AGENCY,
et al.,

         Plaintiff(s),

    v.

UNITED STATES DEPARTMENT OF
AGRICULTURE; et al.,

         Defendant(s).

CASE NO. 08-1185-MHP

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Paul A. Turcke, an active member in good standing of the bar of the State of Idaho, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Int-Applicants Cal4, et al. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Dennis L. Porter, 8120 36th Avenue, Sacramento, California 95824-2304; Telephone: (916) 381-8300; Cell: (530) 227-4129

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/28/08

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611019780
Cashier ID: bucklem
Transaction Date: 06/02/2008
Payer Name: moore smith buxton
------------------------------------
PRO HAC VICE
 For: paul a turcke
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 13001
 Amt Tendered:  $210.00
------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c08-1185mhp


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```