UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY et al, | No. C 08-01185 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Hearing)** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE et al, | |
| Defendant(s). | |

The parties are notified that the hearing of the motion(s) in this matter currently on calendar for June 30, 2008, is hereby RESCHEDULED to **July 21, 2008, at 2:00 p.m.** Please note that only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect.

Richard W. Wieking
Clerk, U.S. District Court

Dated: June 23, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140