| | |
|---|---|
| PAUL A. TURCKE (admitted *pro hac vice*) | DENNIS L. PORTER (Cal. Bar #67176) |
| MOORE SMITH BUXTON & TURCKE, CHTD. | Attorney at Law |
| Attorneys at Law | 8120 36th Avenue |
| 950 West Bannock Street, Suite 520 | Sacramento, California 95824-2304 |
| Boise, Idaho  83702 | Telephone:  (916) 381-8300 |
| Telephone:  (208) 331-1800 | Facsimile:  (916) 381-8726 |
| Facsimile:  (208) 331-1202 | dlporter2@yahoo.com |
| pat@msbtlaw.com | |

Attorneys for Defendant-Intervenor-Applicants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN,JR., <br><br>           Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; ED SCHAFER, Secretary of Agriculture; UNITED STATES FOREST SERVICE; and GAIL KIMBALL, Chief of the United States Forest Service, and RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service, <br><br>           Defendants, <br><br> and <br><br> CALIFORNIA ASSOCIATION OF FOUR WHEEL DRIVE CLUBS, AMERICAN MOTORCYCLIST ASSOCIATION, District 36, CALIFORNIA ENDURO RIDERS ASSOCIATION, and BLUERIBBON COALITION, <br><br>           Defendant-Intervenor-Applicants. | Civil No. 08-1185-MHP <br><br> REPLY MEMORANDUM AND NOTICE REGARDING STIPULATION ON MOTION TO INTERVENE <br><br> Date:  July 21, 2008 <br> Time:  2:00 o'clock p.m. <br> Courtroom:  15, 18th Floor <br> Judge:  Honorable Marilyn H. Patel |

REPLY MEMORANDUM AND NOTICE
REGARDING STIPULATION ON MOTION TO INTERVENE - Page 1

Pending before the Court is a motion to intervene filed by the California Association of Four Wheel Drive Clubs et al. (the "Recreational Groups") (Doc. No. 13). That motion has been reset for hearing on July 21, 2008. Movants the Recreational Groups hereby present this pleading within the time allowed for a reply. Federal Defendants take no position on the motion to intervene (Doc. No. 23). The Recreational Groups and Plaintiffs have entered a stipulation which fully addresses the motion to intervene (Doc. No. 22). As a result of the foregoing, the Recreational Groups, including consultation with counsel for all parties to this action, have concluded that their motion to intervene has been sufficiently presented to the Court, that it would best serve the interests of economy for the parties and the Court to resolve the motion on the present record, and that a formal hearing on the motion is not required. Should the Court determine that a hearing is appropriate, however, undersigned counsel will certainly appear at such a hearing on July 21st or as otherwise calendared by the Court.

Respectfully submitted this 30th day of June, 2008.

MOORE SMITH BUXTON & TURCKE, CHTD.

　/s/  Paul A. Turcke　
Paul A. Turcke
Of Attorneys for Defendant-Intervenor Applicants

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to counsel of record in this action.

　/s/  Paul A. Turcke　
Paul A. Turcke

REPLY MEMORANDUM AND NOTICE
REGARDING STIPULATION ON MOTION TO INTERVENE - Page 2