1  RONALD J. TENPAS
   Assistant Attorney General
2  BARCLAY T. SAMFORD (NMBN 12323)
   Trial Attorney
3  U.S. Department of Justice
   Environment & Natural Resources Div.
4  1961 Stout St., 8th Floor
   Denver, CO 80294
5  Telephone: (303) 844-1475
   Facsimile: (303) 844-1350
6
7  Attorneys for Defendants
8
               UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10
11
12 CALIFORNIA RESOURCES AGENCY,        )   Case No. 08-cv-01185-MHP
   CALIFORNIA DEPARTMENT OF FORESTRY   )
13 AND FIRE PROTECTION, PEOPLE OF THE SATE )
   OF CALIFORNIA, ex rel. CALIFORNIA   )
14 ATTORNEY GENERAL EDMUND G. BROWN    )   **NOTICE OF LODGING OF**
   JR.,                                )   **ADMINISTRATIVE**
15                                     )   **RECORD**
              Plaintiffs,               )
16                                     )
   v.                                  )
17                                     )
   UNITED STATES DEPARTMENT OF         )
18 AGRICULTURE; ED SCHAFER, Secretary of )
   Agriculture; UNITED STATES FOREST SERVICE; )
19 and GAIL KIMBALL, Chief of the United States )
   Forest Service, and RANDY MOORE, Regional )
20 Forester, Pacific Southwest Region, United States )
   Forest Service,                     )
21                                     )
              Defendants.               )
22                                     )
                                       )
23
24
25
26
27
28

08-CV-1185 NOTICE OF LODGING OF ADMINISTRATIVE RECORD

1  Defendants hereby lodge with the Court the administrative record for the above captioned
2 case.
3  The record is contained on 18 DVDs in a three-ring binder and, pursuant to General
4 Order 45 Section VII, will be filed manually with the Court. <u>See</u> Exhibit 1 (Manual Filing
5 Notification). The record is accompanied by both a paper copy of the index and an electronic
6 index on DVD which is linked to the majority of the documents in the record. As noted in the
7 index there are certain documents such as text books which are not included in electronic form,
8 and which are available for review upon request.
9  The record is certified by USDA Forest Service employee Tom White. His declaration is
10 included in the three-ring binder.
11  Copies of the record were provided to counsel for Plaintiffs, Brian Hembacher and Peter
12 Southworth, and to counsel for proposed intervenor-defendants, Paul Turcke, via Federal
13 Express on July 14, 2008.
14 Dated this 15th day of July, 2008.

Respectfully submitted,
RONALD J. TENPAS
Assistant Attorney General

 /s/ Barclay T. Samford
BARCLAY T. SAMFORD
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294

| | |
|---|---|
| 1 | RONALD J. TENPAS |
| | Assistant Attorney General |
| 2 | BARCLAY T. SAMFORD (NMBN 12323) |
| | Trial Attorney |
| 3 | U.S. Department of Justice |
| | Environment & Natural Resources Div. |
| 4 | 1961 Stout St., 8th Floor |
| | Denver, CO 80294 |
| 5 | Telephone: (303) 844-1475 |
| | Facsimile: (303) 844-1350 |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, PEOPLE OF THE SATE OF CALIFORNIA, ex rel. CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN JR., | Case No. 08-cv-01185-MHP |
| Plaintiffs, | **MANUAL FILING NOTIFICATION** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE; ED SCHAFER, Secretary of Agriculture; UNITED STATES FOREST SERVICE; and GAIL KIMBALL, Chief of the United States Forest Service, and RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service, | |
| Defendants. | |

**MANUAL FILING NOTIFICATION**

Regarding:  Administrative Record for California Resources Agency et al. v. U.S. Dep't. of Agriculture et al.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

08-CV-1185 MANUAL FILING NOTIFICATION

1  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

2

3  This filing was not efiled for the following reasons(s):

4  _X_ Voluminous Document (PDF file size larger than efiling system allowances)

5  ___ Unable to Scan Documents

6  ___ Physical Object (description): _____

7  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

8  ___ Item Under Seal

9  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

10  ___ Other (description): _____

11

12  Dated this 15th day of July, 2008.

13                                          Respectfully submitted,
                                            RONALD J. TENPAS
14                                          Assistant Attorney General

15                                           /s/ Barclay T. Samford
                                            BARCLAY T. SAMFORD
16                                          Trial Attorney
                                            U.S. Department of Justice
17                                          Environment & Natural Resources Division
                                            1961 Stout Street, 8th Floor
18                                          Denver, CO 80294

19

20

21

22

23

24

25

26

27

28