PAUL A. TURCKE (admitted *pro hac vice*)
MOORE SMITH BUXTON & TURCKE, CHTD.
Attorneys at Law
950 West Bannock Street, Suite 520
Boise, Idaho  83702
Telephone:  (208) 331-1800
Facsimile:  (208) 331-1202
pat@msbtlaw.com

DENNIS L. PORTER (Cal. Bar #67176)
Attorney at Law
8120 36th Avenue
Sacramento, California 95824-2304
Telephone:  (916) 381-8300
Facsimile:  (916) 381-8726
dlporter2@yahoo.com

Attorneys for Defendant-Intervenor-Applicants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, JR.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; ED SCHAFER, Secretary of Agriculture; UNITED STATES FOREST SERVICE; and GAIL KIMBALL, Chief of the United States Forest Service, and RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service,<br><br>　　　　　　Defendants,<br><br>and<br><br>CALIFORNIA ASSOCIATION OF FOUR WHEEL DRIVE CLUBS, AMERICAN MOTORCYCLIST ASSOCIATION, District 36, CALIFORNIA ENDURO RIDERS ASSOCIATION, and BLUERIBBON COALITION,<br><br>　　　　　　Defendant-Intervenor-Applicants. | Civil No. 08-1185-MHP<br><br>**JOINT ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY** |

JOINT ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY
AT INITIAL CASE MANAGEMENT CONFERENCE - Page 1

A hearing on the motion to intervene (Doc. No. 13) in the above-captioned matter is scheduled for 2:00 PM on July 21, 2008. The undersigned counsel jointly move the Court to allow them to appear telephonically at that hearing, and respectfully suggest that the motion is capable of being resolved without a hearing. In support of this motion the parties note:

1. The motion to intervene presents no contested issues. Federal Defendants have taken no position on the motion (Doc. No. 23). Plaintiffs and Intervenor-Applicants, who constitute the remaining parties to the action, have entered a stipulation which would resolve the motion to intervene (Doc. No. 22).

3. The undersigned counsel all reside outside of the Northern District and work for State and Federal government entities and nonprofit corporations. The accommodation of a telephonic appearance will save these entities travel and other expenses associated with attendance at a hearing, and enable counsel to meet additional obligations on the day of the hearing.

3. The undersigned counsel shall stand by beginning at the date and time above until called by the Court at the following direct dial numbers:

| | |
|---|---|
| James Potter | (213) 897-2637 |
| Peter Southworth | (916) 445 1685 |
| Barclay Samford | (303) 844-1475 |
| Paul Turcke | (208) 331-1807 |

In the alternative, should the Court desire, the undersigned will arrange a single conference line and call the Court at the date and time above.

JOINT ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY
AT INITIAL CASE MANAGEMENT CONFERENCE - Page 2

1 | Respectfully Submitted this 17th day of July, 2008.

MOORE SMITH BUXTON & TURCKE, CHTD.

  /s/  Paul A. Turcke
Paul A. Turcke
Of Attorneys for Defendant-Intervenor Applicants

RONALD J. TENPAS
Assistant Attorney General

  /s/ Barclay Samford
BARCLAY SAMFORD
Trial Attorney
U.S. Department of Justice - ENRD
Of Attorneys for Federal Defendants

 /s/ Peter Southworth
PETER SOUTHWORTH
Of Attorneys for Plaintiffs

 /s/ James Potter
JAMES POTTER
BRIAN HEMBACHER
Of Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to counsel of record in this action.

  /s/  Paul A. Turcke
Paul A. Turcke

JOINT ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY
AT INITIAL CASE MANAGEMENT CONFERENCE - Page 3

1  PAUL A. TURCKE (admitted *pro hac vice*)         DENNIS L. PORTER (Cal. Bar #67176)
   MOORE SMITH BUXTON & TURCKE, CHTD.               Attorney at Law
2  Attorneys at Law                                 8120 36th Avenue
   950 West Bannock Street, Suite 520               Sacramento, California 95824-2304
3  Boise, Idaho  83702                              Telephone:  (916) 381-8300
   Telephone:  (208) 331-1800                       Facsimile:  (916) 381-8726
4  Facsimile:  (208) 331-1202                       dlporter2@yahoo.com
5  pat@msbtlaw.com

6  Attorneys for Defendant-Intervenor-Applicants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, JR., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; ED SCHAFER, Secretary of Agriculture; UNITED STATES FOREST SERVICE; and GAIL KIMBALL, Chief of the United States Forest Service, and RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service, <br><br> Defendants, <br><br> and <br><br> CALIFORNIA ASSOCIATION OF FOUR WHEEL DRIVE CLUBS, AMERICAN MOTORCYCLIST ASSOCIATION, District 36, CALIFORNIA ENDURO RIDERS ASSOCIATION, and BLUERIBBON COALITION, <br><br> Defendant-Intervenor-Applicants. | Civil No. 08-1185-MHP <br><br> **[proposed] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT** |

JOINT ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY
AT INITIAL CASE MANAGEMENT CONFERENCE - Page 1

FOR GOOD CAUSE SHOWN, the parties' joint administrative motion to appear telephonically at the Motion Hearing on July 21, 2008 at 2:00 PM is hereby GRANTED.

Counsel shall stand by at the numbers listed below at the date and time of the conference until called by the Court:

| | |
|---|---|
| James Potter | (213) 897-2637 |
| Peter Southworth | (916) 445 1685 |
| Barclay Samford | (303) 844-1475 |
| Paul Turcke | (208) 331-1807 |

IT IS SO ORDERED.

Dated: _____

                                        _____
                                        MARILYN HALL PATEL
                                        Judge
                                        United States District Court
                                        Northern District of California