UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, | No. C 08-01185 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Matter to be submitted on papers)** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendant(s). | |

Applicants, having moved this Court for a hearing on July 21, 2008, the parties are hereby notified that the motion for leave to intervene will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED.

Richard W. Wieking
Clerk, U.S. District Court

Dated: July 18, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140