UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN,JR.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; ED SCHAFER, Secretary of Agriculture; UNITED STATES FOREST SERVICE; and GAIL KIMBALL, Chief of the United States Forest Service, and RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service,<br><br>　　　　Defendants,<br><br>and<br><br>CALIFORNIA ASSOCIATION OF FOUR WHEEL DRIVE CLUBS, AMERICAN MOTORCYCLIST ASSOCIATION, District 36, CALIFORNIA ENDURO RIDERS ASSOCIATION, and BLUERIBBON COALITION,<br><br>　　　　Defendant-Intervenor-Applicants. | Civil No. 08-1185-MHP<br><br>~~(PROPOSED)~~<br>ORDER GRANTING INTERVENTION<br><br>**AS AMENDED BY COURT** |

(PROPOSED)
ORDER GRANTING INTERVENTION -- 1

This matter is before the Court on a motion to intervene filed by the California Association of Four Wheel Drive Clubs, the American Motorcyclist Association, District 36, California Enduro Riders Association, and the BlueRibbon Coalition (collectively, the "Recreational Groups").

This case arises under the National Forest Management Act and the National Environmental Policy Act, which impose land management and other duties on the Federal Defendants. The Ninth Circuit Court of Appeals makes it clear that in such cases, "the federal government is the only proper defendant…." *Churchill County v. Babbitt*, 150 F.3d 1072, 1082, *as amended*, 158 F.3d 491 (9th Cir. 1998); *see also Kootenai Tribe of Idaho v. Veneman*, 313 F.3d 1094, 1108 (9th Cir. 2002). Under these precedents, this Court lacks discretion to allow intervention as of right under Fed. R. Civ. P. 24(a).

The Court finds that permissive intervention under Fed. R. Civ. P. 24(b) is appropriate. The Court has discretion to allow permissive intervention (1) "upon timely application"; (2) "when an applicant's claim or defense and the main action have a common question of law or fact in common"; and (3) after considering whether the intervention will unduly delay or prejudice the adjudication of the rights of the original parties." Fed. R. Civ. P. 24(b).

The Court finds the motion to intervene meets the timeliness requirement. Federal Defendants have not yet answered the Complaint and no substantive proceedings have yet been presented to or considered by the Court.

The Recreational Groups possess numerous interests and related legal claims or defenses which satisfy the criteria for permissive intervention. The Recreational Groups enjoy recreational access, socioeconomic, and aesthetic interests relating to the subject matter of this suit. *See, e.g.*, Declaration of John Stewart at ¶ 2; Declaration of Rick Guidice at ¶ 2;

Declaration of Don Amador at ¶ 4. The Court additionally notes that at least some of these same organizations were previously allowed to intervene in prior cases involving the same areas and at least some of the same parties. See *California ex rel Lockyer v. U.S. Dep't. Agric.*, 459 F.Supp.2d 874 (N.D.Cal. 2006), *appeals docketed and consolidated*, 9th Cir. Appeal Nos. 07-15613, 07-15614 and 07-15695. Some of the Recreational Groups additionally participated as Plaintiffs in litigation challenging the 2001 Roadless Rule in the District of Idaho and Ninth Circuit Court of Appeals. *Kootenai Tribe of Idaho v. Veneman*, 142 F.Supp.2d 1231 (D. Idaho 2001), *rev'd*, 313 F.3d 1094 (9th Cir. 2002).

Given these circumstances, it is appropriate that the Recreational Groups be allowed to intervene in this case.

IT IS HEREBY ORDERED that the Recreational Groups' motion to intervene is GRANTED and the Recreational Groups shall have full rights as a party in this case. **in so far as participation in remembdy issues and ADR proceedings. In all other aspects, the Groups ***

IT IS FURTHER ORDERED that counsel for the Recreational Groups will cause the proposed answer submitted with the motion to intervene to be filed with the Court.

IT IS SO ORDERED.

DATED this __18th__ day of __July_____, 2008.

_____
The Honorable M[...]
United States Dist[...]

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*United States District Court, Northern District of California*

**\* may participate as amici curiae.**

(PROPOSED)
ORDER GRANTING INTERVENTION -- 3