ERIN M. TOBIN, State Bar No. 234943
TRENT W. ORR, State Bar No. 77656
Earthjustice
426 17th Street
Oakland, CA 94612
Tel.: (510) 550-6725
Fax: (510) 550-6749
etobin@earthjustice.org; torr@earthjustice.org

*Counsel for Plaintiffs*
*Center for Biological Diversity, et al.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, *et al.*, | Case Nos. 08-01185-MHP & 08-03884-MHP |
| Plaintiffs, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | (Civ. L. R. 6-2(a) & 7-12) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | Date:  January 12, 2009 |
| Defendants. | Time:  4:00 PM<br>Judge: Hon. Marilyn Hall Patel |
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | |
| Defendants. | |

The parties to the above-captioned cases, through their undersigned counsel, hereby stipulate to continue the case management conference until January 12, 2009 at 4:00 p.m.  This stipulation is accompanied by the declaration of Erin M. Tobin setting forth the reasons for the requested continuance.

Respectfully submitted this 8th day of December 2008.

/s/ Erin M. Tobin
Erin M. Tobin
Trent W. Orr
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel.: (510) 550-6725
Fax: (510) 550-6749
etobin@earthjustice.org
torr@earthjustice.org

Attorneys for Plaintiffs Center for Biological Diversity, *et al*.


/s/ Brian Hembacher (authorized 12-05-08)
Brian Hembacher
Deputy Attorney General
California Attorney General's Office
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel.: 213-897-2638
Fax: 213-897-2802
Brian.Hembacher@doj.ca.gov

Attorney for People of the State of California, *ex rel.*
California Attorney General Edmund G. Brown, Jr.


/s/ Peter Southworth (authorized 12-08-08)
Peter Southworth
Deputy Attorney General
California Attorney General's Office
Land Law Section
1300 I Street, 15th Floor
Sacramento, CA 95814
Tel.: (916) 445 1685
Fax: (916) 327 2319
Peter.Southworth@doj.ca.gov

Attorney for California Resources Agency and California
Department of Forestry and Fire Protection

|   |   |
|---|---|
| 1 | RONALD J. TENPAS |
| 2 | Assistant Attorney General |
|   | Environment and Natural Resources Division |

/s/  Alison D. Garner   (authorized 12-08-08)
Alison D. Garner
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Ben Franklin Station
Washington, DC 20044-0663
Tel.: (202) 514-2855
Fax: (202) 305-0506
alison.garner@usdoj.gov


/s/  Barclay Thomas Samford (authorized 12-08-08)
Barclay Thomas Samford
United States Department of Justice
1961 Stout Street, 8th Floor
Denver , CO 80294
Tel.: 303-844-1475
Fax: 303-844-1350
Clay.Samford@usdoj.gov

Attorneys for Defendants


/s/  Paul A. Turcke  (authorized 12-08-08)
Paul A. Turcke
Moore Smith Buxton & Turcke, Chartered
950 West Bannock, Suite 520
Boise, Idaho 83702
Tel.: 208-331-1807
Fax: 208-331-1202
pat@msbtlaw.com

Attorney for Intervenor Blue Ribbon Coalition

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/9/2008                    _____
                                    MARILYN HALL PATEL
                                    United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

STIP. TO CONTINUE CASE MANGMT. CONF.
CASE NOS. 08-01185-MHP & 08-03884-MHP