IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants.<br><br>―――――――――――――――――<br>CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Case Nos. 08-01185-MHP<br>and 08-03884-MHP<br><br>**[PROPOSED] ORDER ON STIPULATED MOTION TO AMEND THE SUMMARY JUDGMENT BRIEFING SCHEDULE** |

The matter having come before the Court on the Parties' Stipulated Motion to Amend the Summary Judgment Briefing Schedule, the Court, having considered the Motion, hereby GRANTS the Motion. IT IS HEREBY ORDERED:

The revised schedule for summary judgment briefing is as follows:

| | |
|---|---|
| Defendants' Cross-Motion for Summary Judgment and Brief in Support of Cross-Motion and Opposition to Plaintiffs' Motions for Summary Judgment | April 15, 2009 |
| Defendant-Intervenors' *amicus curiae* brief | April 22, 2009 |
| Plaintiffs' Consolidated Replies and Opposition to Defendants' Cross-Motion for Summary Judgment | May 22, 2009 |

Case Nos. 08-1185, 08-08-3884

| | Defendants' Reply in Support of Cross-Motion for Summary Judgment | June 22, 2009 |

DATED this  14th  day of April, 2009.



Case Nos. 08-01185, 08-03884