IGNACIA S. MORENO
Assistant Attorney General
ALISON D. GARNER (DC Bar No. 983858)
KATHRYN M. LIBERATORE (NY Bar No. 4317780)
Trial Attorneys
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, NW,
Washington, D.C., 20004
Telephone: (202) 514-2855
Telephone: (202) 616-5082
Facsimile: (202) 305-0506
alison.garner@usdoj.gov
kathryn.liberatore@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | Case Nos. 08-01185-MHP and 08-03884-MHP <br><br> **SECOND STIPULATION TO STAY REMEDY BRIEFING** |
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | |

Plaintiffs and Defendants in the above-captioned case, by and through their attorneys, have conferred and hereby STIPULATE as follows:

On February 27, 2009, Plaintiffs filed motions for summary judgment in the above-captioned matters. Dkt. Nos. 46 and 28. On April 16, 2009, Defendants filed cross-motions for summary judgment. Dkt. Nos. 50 and 33. The Court held a hearing on the motions on July 31, 2009.

On September 29, 2009, the Court entered judgment, granting in part and denying in part the parties' motions for summary judgment. Dkt. No. 60. The Court ordered the parties to submit, by November 3, 2009, simultaneous briefs proposing the appropriate forms of relief to remedy the deficiencies found by the Court in the Southern California Forest Plans Final Environmental Impact Statement.

The parties have entered settlement discussions in an attempt to develop the appropriate forms of relief in this matter. To facilitate those discussions, the parties requested a stay of briefing, Dkt. Nos. 61, 46, and on October 27, 2009, the Court entered an order staying further briefing schedules until January 15, 2010. Dkt. No. 62.

The parties met to discuss settlement on November 18, 2009. Based on that meeting, as well as on Plaintiffs' written settlement points and on Defendants' responses, the parties have agreed to a second meeting to discuss settlement, scheduled for January 29, 2010. The parties will continue to engage in good faith settlement discussions, and agree that a second meeting to discuss settlement is in the best interests of the litigants and the Court. The parties therefore request a second order staying all briefing on the issue of remedy until March 15, 2010. On that date, the parties will advise the Court on whether continued settlement discussions are appropriate, or whether a new remedy briefing schedule should be set. The parties reserve the right to seek prompt reinstatement of a remedy briefing schedule at any time.

**IT IS SO STIPULATED**

Dated: January 15, 2010

IGNACIA S. MORENO
Assistant Attorney General

*s/Alison D. Garner*
ALISON D. GARNER
KATHRYN M. LIBERATORE
Trial Attorneys
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663, Ben Franklin Station
Washington, D.C. 20044-0663
Telephone: (202) 514-2855

```
                              Telephone: (202) 616-5082
                              Facsimile:  (202) 305-0506
                              alison.garner@usdoj.gov
                              kathryn.liberatore@usdoj.gov
                              Attorneys for Defendants U.S. Forest Service, et al.


                              s/  Erin M. Tobin (authorized)
                              Erin M. Tobin
                              Trent W. Orr
                              Earthjustice
                              426 17th Street, 5th Floor
                              Oakland, CA 94612
                              Tel.: (510) 550-6725
                              Fax: (510) 550-6749
                              etobin@earthjustice.org
                              torr@earthjustice.org
                              Attorneys for Plaintiffs Ctr. for Biological Diversity, et al.


                              /s/  Brian Hembacher (authorized)
                              Brian Hembacher
                              Deputy Attorney General
                              California Attorney General's Office
                              300 South Spring Street, Suite 1702
                              Los Angeles, CA 90013
                              Tel.: 213-897-2638
                              Fax: 213-897-2802
                              Brian.Hembacher@doj.ca.gov
                              Attorney for People of the State of California, ex rel.
                              California Attorney General Edmund G. Brown, Jr.


                              /s/  Peter Southworth (authorized)
                              Peter Southworth
                              Deputy Attorney General
                              California Attorney General's Office
                              Land Law Section
                              1300 I Street, 15th Floor
                              Sacramento, CA 95814
                              Tel.: (916) 445 1685
                              Fax: (916) 327 2319
                              Peter.Southworth@doj.ca.gov
                              Attorney for California Resources Agency and California
                              Department of Forestry and Fire Protection


                              /s/  Paul A. Turcke (authorized)
                              Paul A. Turcke
                              Moore Smith Buxton & Turcke, Chartered
                              950 West Bannock, Suite 520
                              Boise, Idaho 83702
                              Tel.: 208-331-1807
                              Fax: 208-331-1202
                              pat@msbtlaw.com
                              Attorney for Intervenors Blue Ribbon Coalition
```

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]*

1  IT IS SO ORDERED

   _____
3  Hon. Marilyn Hall Patel
   United States District Judge