IGNACIA S. MORENO
Assistant Attorney General
ALISON D. GARNER (DC Bar No. 983858)
KATHRYN M. LIBERATORE (NY Bar No. 4317780)
Trial Attorneys
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, NW,
Washington, D.C., 20004
Telephone: (202) 514-2855
Telephone: (202) 616-5082
Facsimile: (202) 305-0506
alison.garner@usdoj.gov
kathryn.liberatore@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. <br><br> CENTER FOR BIOLOGICAL DIVERSITY*, et al.*, <br><br> Plaintiffs, <br><br> v. | Case Nos. 08-01185-MHP and 08-03884-MHP <br><br><br><br> **FOURTH STIPULATION TO STAY REMEDY BRIEFING** <br><br><br> Judge Marilyn H. Patel |

Plaintiffs and Defendants in the above-captioned case, by and through their attorneys, have conferred and hereby STIPULATE as follows:

On February 27, 2009, Plaintiffs filed motions for summary judgment in the above-captioned matters. Dkt. Nos. 46 and 28. On April 16, 2009, Defendants filed cross-motions for

08-01185 AND 08-03884 FOURTH STIPULATION TO STAY REMEDY BRIEFING                                1

1   summary judgment. Dkt. Nos. 50 and 33. The Court held a hearing on the motions on July 31,
2   2009.
3         On September 29, 2009, the Court entered judgment, granting in part and denying in part
4   the parties' motions for summary judgment. Dkt. No. 60. The Court ordered the parties to
5   submit, by November 3, 2009, simultaneous briefs proposing the appropriate forms of relief to
6   remedy the deficiencies found by the Court in the Southern California Forest Plans Final
7   Environmental Impact Statement.
8         The parties have entered settlement discussions in an attempt to develop the appropriate
9   forms of relief in this matter. To facilitate those discussions, the parties requested a stay of
10  briefing, Dkt. Nos. 61, 46, and on October 27, 2009, the Court entered an order staying further
11  briefing schedules until January 15, 2010. Dkt. Nos. 62, 47.
12        The parties met to discuss settlement on November 18, 2009. After the meeting,
13  Plaintiffs provided written settlement points, and Defendants responded in writing. To allow
14  time for an additional in-person meeting and further discussions, the parties requested a second
15  stay of briefing, Dkt. Nos. 63, 50, and on January 22, 2010, the Court entered an order staying
16  further briefing schedules until March 15, 2010. Dkt. Nos. 64, 51.
17        The parties met for a second time on January 29, 2010 to discuss settlement. Plaintiffs
18  provided additional written settlement points on February 19, 2010 and March 3, 2010. The
19  parties requested a third stay of briefing, Dkt. Nos. 65, 52, and the Court entered an order staying
20  further briefing schedules until May 14, 2010. Dkt. No. 66.
21        Defendants responded to Plaintiffs' correspondence on April 7, 2010. Plaintiffs in turn
22  responded on April 28, 2010. Defendants are reviewing these points, and are preparing their
23  written response. The parties will continue to engage in good faith settlement discussions, and
24  agree that an additional stay to allow time for such discussions is in the best interests of the
25  litigants and the Court. The parties therefore request a fourth order staying all briefing on the
26  issue of remedy until September 10, 2010. On that date, plaintiffs and defendants will file
27  simultaneous briefs, not to exceed twenty (20) pages each, proposing appropriate the form(s) of
28

1  relief to remedy the deficiencies identified in the final Environmental Impact Statement.  On
2  October 7, 2010, plaintiffs and defendants will file simultaneous response briefs, not to exceed
3  fifteen (15) pages each.  The parties reserve the right to request an earlier remedy briefing
4  schedule at any time.

5        The parties will not file remedy briefs if a settlement agreement is executed, and will
6  promptly notify the Court of such settlement.

7

8  **IT IS SO STIPULATED**

                              Dated: May 14, 2010

                              IGNACIA S. MORENO
                              Assistant Attorney General

                              /s/  Alison D. Garner
                              ALISON D. GARNER
                              KATHRYN M. LIBERATORE
                              Trial Attorneys
                              United States Department of Justice
                              Environment and Natural Resources Division
                              Natural Resources Section
                              P.O. Box 663, Ben Franklin Station
                              Washington, D.C. 20044-0663
                              Telephone: (202) 514-2855
                              Telephone: (202) 616-5082
                              Facsimile:  (202) 305-0506
                              alison.garner@usdoj.gov
                              kathryn.liberatore@usdoj.gov
                              Attorneys for Defendants U.S. Forest Service, *et al.*


                              /s/  Erin M. Tobin (authorized)
                              Erin M. Tobin
                              Trent W. Orr
                              Earthjustice
                              426 17th Street, 5th Floor
                              Oakland, CA 94612
                              Tel.: (510) 550-6725
                              Fax: (510) 550-6749
                              etobin@earthjustice.org
                              torr@earthjustice.org
                              Attorneys for Plaintiffs Ctr. for Biological Diversity, *et al*.

                              /s/  Brian Hembacher (authorized)
                              Brian Hembacher
                              Deputy Attorney General
                              California Attorney General's Office

300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel.: 213-897-2638
Fax: 213-897-2802
Brian.Hembacher@doj.ca.gov
Attorney for People of the State of California, *ex rel.*
California Attorney General Edmund G. Brown, Jr.

/s/  Peter Southworth (authorized)
Peter Southworth
Deputy Attorney General
California Attorney General's Office
Land Law Section
1300 I Street, 15th Floor
Sacramento, CA 95814
Tel.: (916) 445 1685
Fax: (916) 327 2319
Peter.Southworth@doj.ca.gov
Attorney for California Resources Agency and California Department of Forestry and Fire Protection

/s/  Paul A. Turcke (authorized)
Paul A. Turcke
Moore Smith Buxton & Turcke, Chartered
950 West Bannock, Suite 520
Boise, Idaho 83702
Tel.: 208-331-1807
Fax: 208-331-1202
pat@msbtlaw.com
Attorney for Intervenors Blue Ribbon Coalition

IT IS SO ORDERED

_____  5/17/2010
Hon. Marilyn H. Patel
United States District Judge

APPROVED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA