IGNACIA S. MORENO
Assistant Attorney General
ALISON D. GARNER (DC Bar No. 983858)
KATHRYN M. LIBERATORE (NY Bar No. 4317780)
Trial Attorneys
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, NW,
Washington, D.C., 20004
Telephone: (202) 514-2855
Telephone: (202) 616-5082
Facsimile: (202) 305-0506
alison.garner@usdoj.gov
kathryn.liberatore@usdoj.gov
*Attorneys for Defendants*

**FILED**

SEP - 1 2010

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>    Defendants.<br><br>CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>    Defendants. | Case Nos. 08-01185-MHP<br>and 08-03884-MHP<br><br>**FIFTH STIPULATION TO STAY REMEDY BRIEFING**<br><br>Judge Marilyn H. Patel |

FIFTH STIPULATION TO STAY REMEDY BRIEFING, CASE NOS. 08-1185 AND 08-3884          1

1    Plaintiffs and Defendants in the above-captioned case, by and through their attorneys,
2    have conferred and hereby STIPULATE as follows:
3    On February 27, 2009, Plaintiffs filed motions for summary judgment in the above-
4    captioned matters. Dkt. Nos. 46 and 28. On April 16, 2009, Defendants filed cross-motions
5    for summary judgment. Dkt. Nos. 50 and 33. The Court held a hearing on the motions on
6    July 31, 2009.
7    On September 29, 2009, the Court entered judgment, granting in part and denying in part
8    the parties' motions for summary judgment. Dkt. No. 60. The Court ordered the parties to
9    submit, by November 3, 2009, simultaneous briefs proposing the appropriate forms of relief to
10   remedy the deficiencies found by the Court in the Southern California Forest Plans Final
11   Environmental Impact Statement.
12   The parties have entered settlement discussions in an attempt to develop the appropriate
13   forms of relief in this matter. To facilitate those discussions, the parties requested stays of
14   briefing, Dkt. Nos. 61 and 46, 63 and 50, 65 and 52, and the Court has entered orders staying
15   further briefing schedules. Dkt. Nos. 47, 51, 66.
16   The parties met to discuss settlement on November 18, 2009 and January 29, 2010. The
17   parties requested a fourth stay of briefing, Dkt. Nos. 67 and 54. The Court entered an order
18   staying further briefing schedules until September 10, 2010, on which date the parties would
19   submit simultaneous remedy briefs. Dkt. No. 68.
20   The parties held a third settlement meeting on June 25, 2010. Since that meeting the
21   parties have continued discussing settlement and believe they are close to a resolution of the
22   issues. The parties will continue to engage in good faith settlement discussions, and agree that
23
24   an additional stay to allow time for such discussions is in the best interests of the litigants and the
25   Court. The parties therefore request a fifth order staying all briefing on the issue of remedy until
26   October 1, 2010. On that date, the parties will advise the Court on the status of their settlement
27   discussions and whether a further stay of briefing is appropriate or whether a new remedy
28

FIFTH STIPULATION TO STAY REMEDY BRIEFING, CASE NOS. 08-1185 AND 08-3884          2

briefing schedule should be set. The parties reserve the right to seek prompt reinstatement of a remedy briefing schedule at any time. The parties will promptly notify the Court if a settlement is reached.

**IT IS SO STIPULATED**

Dated: August 31, 2010

IGNACIA S. MORENO
Assistant Attorney General

/s/*Alison D. Garner*
ALISON D. GARNER
KATHRYN M. LIBERATORE
Trial Attorneys
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663, Ben Franklin Station
Washington, D.C. 20044-0663
Telephone: (202) 514-2855
Telephone: (202) 616-5082
Facsimile: (202) 305-0506
alison.garner@usdoj.gov
kathryn.liberatore@usdoj.gov
Attorneys for Defendants U.S. Forest Service, *et al.*

/s/ Erin M. Tobin (authorized)
Erin M. Tobin
Trent W. Orr
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel.: (510) 550-6725
Fax: (510) 550-6749
etobin@earthjustice.org
torr@earthjustice.org
Attorneys for Plaintiffs Ctr. for Biological Diversity, *et al.*

/s/ Brian Hembacher (authorized)
Brian Hembacher
Deputy Attorney General
California Attorney General's Office
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel.: 213-897-2638
Fax: 213-897-2802
Brian.Hembacher@doj.ca.gov
Attorney for People of the State of California, *ex rel.*
California Attorney General Edmund G. Brown, Jr.

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | /s/ Peter Southworth (authorized)<br>Peter Southworth |
| 3 | | Deputy Attorney General<br>California Attorney General's Office |
| 4 | | Land Law Section<br>1300 I Street, 15th Floor |
| 5 | | Sacramento, CA 95814<br>Tel.: (916) 445 1685 |
| 6 | | Fax: (916) 327 2319<br>Peter.Southworth@doj.ca.gov |
| 7 | | Attorney for California Resources Agency and California<br>Department of Forestry and Fire Protection |
| 8 | | /s/ Paul A. Turcke (authorized)<br>Paul A. Turcke |
| 9 | | Moore Smith Buxton & Turcke, Chartered<br>950 West Bannock, Suite 520 |
| 10 | | Boise, Idaho 83702<br>Tel.: 208-331-1807 |
| 11 | | Fax: 208-331-1202<br>pat@msbtlaw.com |
| 12 | | Attorney for Intervenors Blue Ribbon Coalition |
| 13 | IT IS SO ORDERED | |
| 14 | | 9/1/10 |
| 15 | Hon. Marilyn Hall Patel | |
| 16 | United States District Judge | |

FIFTH STIPULATION TO STAY REMEDY BRIEFING, CASE NOS. 08-1185 AND 08-3884          4