IGNACIA S. MORENO
Assistant Attorney General
ALISON D. GARNER (DC Bar No. 983858)
KATHRYN M. LIBERATORE (NY Bar No. 4317780)
Trial Attorneys
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, NW,
Washington, D.C., 20004
Telephone: (202) 514-2855
Telephone: (202) 616-5082
Facsimile: (202) 305-0506
alison.garner@usdoj.gov
kathryn.liberatore@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA RESOURCES AGENCY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. <br><br> CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | Case Nos. 08-01185-MHP and 08-03884-MHP <br><br> **SEVENTH STIPULATION TO STAY REMEDY BRIEFING** <br><br> Judge Marilyn H. Patel |

SEVENTH STIPULATION TO STAY REMEDY BRIEFING, CASE NOS. 08-1185 AND 08-3884    1

1    Plaintiffs and Defendants in the above-captioned case, by and through their attorneys,
2  have conferred and hereby STIPULATE as follows:
3    On February 27, 2009, Plaintiffs filed motions for summary judgment in the above-
4  captioned matters.  Dkt. Nos. 46 and 28.  On April 16, 2009, Defendants filed cross-motions
5  for summary judgment.  Dkt. Nos. 50 and 33.  The Court held a hearing on the motions on
6  July 31, 2009.
7    On September 29, 2009, the Court entered judgment, granting in part and denying in part
8  the parties' motions for summary judgment.  Dkt. No. 60.  The Court ordered the parties to
9  submit, by November 3, 2009, simultaneous briefs proposing the appropriate forms of relief to
10 remedy the deficiencies found by the Court in the Southern California Forest Plans Final
11 Environmental Impact Statement.
12   The parties have entered settlement discussions in an attempt to develop the appropriate
13 forms of relief in this matter.  To facilitate those discussions, the parties requested stays of
14 briefing, Dkt. Nos. 61 and 46, 63 and 50, 65 and 52, and 67 and 54, and 69 and 56, and the Court
15 has entered orders staying further briefing schedules.  Dkt. Nos. 47, 51, 66, 70.
16   The parties met to discuss settlement on November 18, 2009, January 29, 2010 and June
17 25, 2010.  The parties requested a sixth stay of briefing, Dkt. Nos. 71 and 58, on October 1,
18 2010.
19   The parties have reached a settlement agreement, in principle, subject to approval by the
20 appropriate government officials and Plaintiff organization representatives.  The government
21 requires additional time in which to seek approval from the appropriate government officials.
22 The parties therefore request a seventh order staying all briefing on the issue of remedy until
23 December 7, 2010.  On that date, the parties will advise the Court on the status of the settlement
24 approval process.  The parties will promptly notify the Court if a settlement is approved.
25
26
27
28

SEVENTH STIPULATION TO STAY REMEDY BRIEFING, CASE NOS. 08-1185 AND 08-3884     2

**IT IS SO STIPULATED**

Dated: November 15, 2010

IGNACIA S. MORENO
Assistant Attorney General

/s/*Alison D. Garner*
ALISON D. GARNER
KATHRYN M. LIBERATORE
Trial Attorneys
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663, Ben Franklin Station
Washington, D.C. 20044-0663
Telephone: (202) 514-2855
Telephone: (202) 616-5082
Facsimile:  (202) 305-0506
alison.garner@usdoj.gov
kathryn.liberatore@usdoj.gov
Attorneys for Defendants U.S. Forest Service, *et al.*

/s/ *Erin M. Tobin* (authorized)
Erin M. Tobin
Trent W. Orr
Earthjustice
426 17th Street. 5th Floor
Oakland. CA 94612
Tel.: (510) 550-6725
Fax: (510) 550-6749
etobin@earthjustice.org
torr@earthjustice.org
Attorneys for Plaintiffs Ctr. for Biological Diversity, *et al*.

/s/ *Brian Hembacher* (authorized)
Brian Hembacher
Deputy Attorney General
California Attorney General's Office
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel.: 213-897-2638
Fax: 213-897-2802
Brian.Hembacher@doj.ca.gov
Attorney for People of the State of California, *ex rel.*
California Attorney General Edmund G. Brown, Jr.

/s/ *Peter Southworth* (authorized)
Peter Southworth
Deputy Attorney General
California Attorney General's Office
Land Law Section
1300 I Street, 15th Floor
Sacramento, CA 95814
Tel.: (916) 445 1685

Fax: (916) 327 2319
Peter.Southworth@doj.ca.gov
Attorney for California Resources Agency and California Department of Forestry and Fire Protection

/s/ *Paul A. Turcke* (authorized)
Paul A. Turcke
Moore Smith Buxton & Turcke, Chartered
950 West Bannock, Suite 520
Boise, Idaho 83702
Tel.: 208-331-1807
Fax: 208-331-1202
pat@msbtlaw.com
Attorney for Intervenors Blue Ribbon Coalition

IT IS SO ORDERED

_____   11/16/2010
Hon. Marilyn Hall Patel
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Marilyn H. Patel]*